# United States District Court

EASTERN DISTRICT OF WISCONSIN

JAMES A. SMITH, JR., **JUDGMENT IN A CIVIL CASE**

    Plaintiff

    v.                                                     CASE NUMBER: 06-C-114

RICHARD SCHEITER, Warden,
Wisconsin Secure Program Facility,

    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petitioner's request for leave to proceed <u>in forma pauperis</u> be and hereby is **denied**.
    **IT IS FURTHER ORDERED** that the petition for a writ of habeas corpus be and hereby is **dismissed**.
    **IT IS FURTHER ORDERED** that the clerk of court enter judgment accordingly.

    February 13, 2006                                                SOFRON B. NEDILSKY
Date                                                                                       Clerk

                                                                                                            s/ Jacki L. Koll
                                                                                                            (By) Deputy Clerk