# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES A. SMITH, JR.,

    Petitioner,

    v.                                                                    Case No. 06-C-114

RICHARD SCHEITER
  Warden, Wisconsin Secure Program Facility,

    Respondent.

## ORDER

The petitioner, James A. Smith, who is currently incarcerated at the Wisconsin Secure Detention Facility, sought a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner's request to proceed in forma pauperis was denied on February 13, 2006, because the petition included unexhausted claims. Therefore, the case was dismissed. Subsequently, the petitioner filed motions to reopen the case and for reconsideration. The court denied these motions. See Court's Orders of April 4, 2006, and June 8, 2006.

On June 13, 2006, the plaintiff filed a document entitled "Rule 7.4 Expedited Non-Dispositive Motion 28 U.S.C. §2255." In this motion, the petitioner seeks "a federal order to vacate, set aside or correct the sentence" in his 1994 Milwaukee County Circuit Court case. (Petitioner's Rule 7.4 Expedited Non-Dispositive Motion 28 U.S.C. §2255 at 5). The defendant challenges the state trial court proceedings, asserting that no formal arrangement and plea hearing as defined by Wisconsin statutes occurred in his case. He states that he was charged with robbery in a criminal complaint, but that, after his conviction, the trial court amended the information and judgment of conviction to state that the petitioner was convicted of armed

robbery. The petitioner seeks to have his sentence invalidated because he asserts that it is based on an unconstitutional conviction.

The petitioner's habeas case was dismissed because his petition contained exhausted and unexhausted claims. See Rose v. Lundy, 455 U.S. 509 (1982). The petitioner subsequently was advised that the petition was properly dismissed. His request for an order invalidating his sentence is merely an attempt to circumvent 28 U.S.C. § 2254(b) and the Court's decision in Lundy, 455 U.S. at 510. Therefore, the petitioner's motion will be denied.

**NOW, THEREFORE, IT IS ORDERED** that the petitioner's "Rule 7.4 Expedited Non-Dispositive Motion 28 U.S.C. § 2255 (Docket # 12) be and hereby is **denied.**

Dated at Milwaukee, Wisconsin, this 5th day of July, 2006.

BY THE COURT:

s/Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge